**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **ELIE ELYSEE BELLUNE**      JOINT DEBTOR:_____      CASE NO. **12-35369-LMI**
Last Four Digits of SS# **4508**        Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.  $ **4,156.11**   for months   **1**   to   **60**  ;
  B.  $_____   for months  _____ to _____;
  C.  $_____   for months  _____ to _____; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ **8,000.00**    TOTAL PAID $ **8,000.00**

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____    Arrearage on Petition Date    $
Address: _____    Arrears Payment   $_____/month (Months _____ to _____)
                                        Regular Payment   $_____/month (Months _____ to _____)
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **Bank of America** Loan no. 152301431 | $30,000.00 15600 NW 7th Avenue Unit 805 Miami, FL 33169 | 5.25% | $569.58 | 1 To 60 | $34,174.80 |
| **Parkway Towers Condo Assoc.** | $30,000.00 15600 NW 7th Avenue Unit 805 Miami, FL 33169 | 0.00% | $271.90 | 1 To 60 | $16,314.00 |
| **Bank of America** Loan no. 152302103 | $30,000.00 15600 NW 7th Avenue Unit 220 Miami, FL 33169 | 5.25% | $569.58 | 1 To 60 | $34,174.80 |
| **Parkway Towers Condo Assoc.** | $30,000.00 15600 NW 7th Avenue Unit 220 Miami, FL 33169 | 0.00% | $271.90 | 1 To 60 | $16,314.00 |
| **Chase** Loan no. 00429400447542 | $104,000.00 935 NE 87th Street Miami Gardens, FL 33056 | 5.25% | $1,974.54 | 1 To 60 | $118,472.40 |
| **Citibank, N.A. (2nd Mtg.)** Loan no. 61005482711179560 | $109,689.00 20462 NW 18th Avenue Miami Gardens, FL 33056 | 0.00% | $0.00 | 1 To 60 | $0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____   Total Due $
                         Payable   $   _____/month  (Months __ to __) Regular Payment $

LF-31 (rev. 01/08/10)

<u>Unsecured Creditors</u>:  Pay $ **83.00**    /month  (Months   **1**    to   **60**     );
.
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Debtor is current in his mortgage payments to Chase on his homestead (Loan no. 1560011279676)**


/s/   Sabrina Chassagne for
Debtor **Elie Elysee Bellune**                              Joint Debtor
Date: 12/4/12                                                         Date:

LF-31 (rev. 01/08/10)